```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MICHAEL ALTAZAN, ET AL          *          CIVIL ACTION

VERSUS                          *          NO: 06-1429

INLAND FABRICATORS, LLC AND     *          SECTION: "D"(5)
ROGER E. THOMAS
```

### O R D E R

On Thursday, August 10, 2006, the court held a **TELEPHONE CONFERENCE** with the following counsel participating: Louis Robein, Jr. and Karen Torre for Plaintiffs; and Chris Nielson for Defendants, Inland Fabricators, L.L.C. and Roger E. Thomas. During this conference, counsel for Plaintiffs withdrew their **"Motion for Preliminary Injunction"** which was set for hearing on Wednesday, August 16, 2006.

Accordingly;

**IT IS ORDERED** that Plaintiffs' **"Motion for Preliminary Injunction"** be and is hereby **WITHDRAWN;**

**IT IS FURTHER ORDERED** that Plaintiffs' **"Motion to Convert Motion and Hearing on Preliminary Injunction to Motion and Hearing on Summary Judgment"** be and is hereby **DENIED.**

However, the court will allow Plaintiffs to file a **"Motion for Summary Judgment"** (with supporting memorandum and summary-judgment evidence) by **Friday, August 18, 2006**.  Plaintiffs will notice their Motion for Summary Judgment for hearing on **Wednesday, November 8, 2006 at 10:00 a.m.**, which will allow Defendants a reasonable amount of time for discovery to respond to Plaintiff's Motion for Summary Judgment.  The parties anticipate that all issues can be resolved via summary judgment, and thus dates for a Trial and Pre-Trial Conference (with attendant cut-off dates) will not be set.

New Orleans, Louisiana, this **10th** day of **August**, **2006**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE